# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANTHONY RAY THOMPSON, KAHMIR DELAPARA, RASHAUN GARNER, MICHAEL RICHARDS, AND JOHN THOMAS

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 183 WAL 2016

Petition for Allowance of Appeal from the Order of the Commonwealth Court

v.

COMMONWEALTH OF PENNSYLVANIA, JOHN E. WETZEL, AND MICHAEL OVERMEYER

PETITION OF: ANTHONY R. THOMPSON

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2016, the Petition for Allowance of Appeal and Motion to Disregard Notice of No Response are **DENIED**.